UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JIMMY MOORE,

    Plaintiff,

v.                                                                           Case No: 8:17-cv-726-T-36MAP

U.S. WATER SERVICES
CORPORATION,

    Defendant.
_____/

## **O R D E R**

    This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Mark A. Pizzo on October 11, 2017 (Doc. 29). In the Report and Recommendation, Magistrate Judge Pizzo recommends that the Court grant the parties' Joint Motion for Approval of Negotiated Resolution (Doc. 28). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). On October 11, 2017, the parties filed a Joint Notice of Non-Objection to the Court's Report and Recommendation (Doc. 30).

    Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 29) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Joint Motion for Approval of Negotiated Resolution (Doc. 28) is **GRANTED.** The Settlement is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

(3) This action is **DISMISSED**, with prejudice.

(4) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** in Tampa, Florida on October 12, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Mark A. Pizzo
Counsel of Record